Marilyn Raia, SBN 072320
Norman J. Ronneberg, Jr., SBN 68233
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants Maritime Logistics,
Inc.; Frank Loving and Blaine Hughes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN CARPENTER AND TRACY RAGSDALE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>Tug MICHAEL UHL, her engines, machinery, tackle, equipment, furnishings and appurtenances, in rem, and MARITIME LOGISTICS, INC., FRANK LOVING, an individual and BLAINE HUGHES, an individual in personam,<br><br>Defendants. | Case No.: 07 CV 0166<br><br>**AMENDED INITIAL DISCLOSURES OF DEFENDANTS MARITIME LOGISTICS, FRANK LOVING AND BLAINE HUGHES** |

Defendants Maritime Logistics, Inc., Frank Loving and Blaine Hughes make the following disclosures pursuant to FRCP 26:

(A) <u>Persons with Discoverable Information</u>

    1.    Frank Loving
          c/o Bullivant Houser Bailey
          601 California St. 18th floor
          San Francisco, CA 94108

has acknowledge about the towage contract, part of the tow and pre-tow condition of the ALBION.

    2.    Blaine Hughes
          c/o Bullivant Houser Bailey
          601 California St. 18th floor
          San Francisco, CA 94108

has knowledge about the tow and the condition of the ALBION.

3. Alan Carpenter
   c/o Cogswell Nakazawa & Cheng
   44 W. Ocean Blvd. Suite 1250
   Long Beach, CA. 90802

has knowledge of the towage contract and the condition of the ALBION.

4. Tracy Ragsdale
   c/o Cogswell Nakazawa & Cheng
   44 W. Ocean Blvd. Suite 1250
   Long Beach, CA 90802

has knowledge of the towage contract and the condition of the ALBION.

5. Todd Schwede
   Todd & Associates
   2390 Shelter Island Dr., Ste. 220
   San Diego, CA 92106

has knowledge regarding work done on the ALBION while at Nielsen Beaumont Marine and pre-tow condition and value of the ALBION.

6. James Woods
   P.O. Box 968
   Morro Bay, CA 93443

has knowledge about the pre-tow valuation of the ALBION and salvage efforts.

7. Rick Krug
   [current address unknown but is in San Diego area]

has knowledge regarding pre-tow condition of ALBION and work done on ALBION while at Nielsen Beaumont Marine.

8. Joseph Rodgers & Associates
   P.O. Box 5306
   Santa Cruz, CA 95063

has knowledge regarding events during attempted salvage of ALBION and pre-tow value of ALBION.

9. Eric Pearson
   Crow's Nest Brokerage
   2515 Shelter Island Drive
   San Diego, CA 92106

6091847.1 – 2 –
AMENDED INITIAL DISCLOSURES OF DEFENDANTS MARITIME
LOGISTICS, FRANK LOVING AND BLAINE HUGHES

has knowledge of the condition of the ALBION when towed from Mexico before purchase by Carpenter, the tow of the ALBION from Mexico, the tow of the ALBION to Nielsen Beaumont Marine, and the valuation of the ALBION before the subject incident.

10. Ted Griffith
    c/o Pacific Tugboat
    P.O. Box 12787
    San Diego, CA 92112

has knowledge of the condition of the ALBION when towed from Mexico before purchase by Carpenter, the tow of the ALBION from Mexico, the tow of the ALBION to Nielsen Beaumont Marine and the sale of the ALBION to Alan Carpenter.

11. Don Beaumont
    Nielsen – Beaumont Marine
    2420 Shelter Island Drive
    San Diego, CA 92106

has knowledge of the work done on the ALBION while the vessel was at Nielsen Beaumont Marine.

12. Bob Kinsella
    c/o Pacific Tugboat
    P.O. Box 12787
    San Diego, CA 92112

has knowledge of the condition of the ALBION when found adrift in Mexico.

13. Various currently unidentified employees of Crowley Titan who have knowledge of the attempted removal of the wreck of the ALBION.

14. Various currently unidentified Coast Guard personnel who have knowledge of the incident and attempted removal of the wreck of the ALBION.

15. Steve Ruttshow
    c/o Bullivant House Bailey
    601 California St. 18th floor
    San Francisco, CA 94108

Was the alternate captain of the tug MICHAEL UHL during the subject tow and has knowledge about the events occurring during the tow. Also has knowledge of the condition of the ALBION before and during the tow.

(B) Documents

1. Towage contract

AMENDED INITIAL DISCLOSURES OF DEFENDANTS MARITIME
LOGISTICS. FRANK LOVING AND BLAINE HUGHES

2. Coast Guard file on incident
3. Photos of ALBION sinking
4. Log of TUG MICHAEL UHL
5. Nielsen Beaumont invoices
6. Survey of TUG MICHAEL UHL
7. Survey report from Joseph Rogers
8. Communications with Coast Guard regarding wreck removal
9. Certificate of ownership of TUG MICHAEL UHL
10. A portion of the gunwale of the ALBION found floating in Monterey Bay at the time of the incident currently in the possession of Capt. Ruttshow.

(C) <u>Claims by Disclosing Party</u>

Defendants will move for their attorneys fees in accordance with FRCP 54d(2) when judgment is entered in their favor.

(D) <u>Insurance</u>

Copies of the policies issued by Fireman's Fund Insurance Co. and WQIS were attached to the original disclosures.

DATED: January 16, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Marilyn Raia
Norman J. Ronneberg, Jr.

Attorneys for Defendants Maritime Logistics, Inc. Frank Loving and Blaine Hughes.

6091847.1 — 4 —
AMENDED INITIAL DISCLOSURES OF DEFENDANTS MARITIME
LOGISTICS, FRANK LOVING AND BLAINE HUGHES